THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NATHANIEL N. HOLZER, Appellant.— Judgment of conviction of the Court of Special Sessions of the City of New York, Borough of Brooklyn, reversed upon the law, information dismissed and defendant discharged. The defendant acted without illegal intent. Lazansky, P. J., Young, Carswell, Scudder and Davis, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v. JOHN CABOT MCDONALD & Co., INC., and Others, Defendants. In the Matter of the Application of FARMAR V. DE BRAGGA, Receiver, Respondent, for an Order Finding J. S. & D. L. REARDON REALTY Co., INC., Appellant, Guilty of Contempt of Court, for Violation of the Injunctive Recitals Contained in the Order Appointing the Receiver Herein.— Order adjudging appellant in contempt modified by striking out the last two paragraphs thereof, and as so modified affirmed, without costs, and without prejudice to an application at Special Term for motions to punish for contempt for failure to turn over the property of the receiver, if any. No opinion. Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MICHAEL MORRIS, Defendant, and DENNIS J. KILLANE, as Surety, Appellant.— Appeal from order denying motion for reargument dismissed. An order denying motion for reargument is not appealable. Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ST. ALBANS-SPRINGFIELD CORPORATION, Respondent, v. HENRY L. CONNELL, as Acting Chairman, and Others, as Members and Together Constituting the Board of Standards and Appeals of the City of New York, Appellants.†— Order confirming report of referee, sustaining certiorari order and annulling the determination of the board of standards and appeals affirmed, with fifty dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Kapper and Hagarty, JJ., concur; Carswell, J., dissents upon the ground that the matter was one controlled by the discretion of the board of standards and appeals.

HAROLD L. ROTHSCHILD and BERTRAM W. DOWNS, Doing Business as ROTH-DOWNS MANUFACTURING COMPANY, Appellants, v. IGNITION ELECTRIC SERVICE CORPORATION, Respondent.— Order declaring complaint to be deemed abandoned affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ., concur.

BERTHA W. SCHATELOWITZ, Respondent, v. JOHN CARLSON, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Carswell, Scudder and Davis, JJ.